The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MCKEAN,<br><br>Defendants. | No. CR23-154 JHC<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

This matter comes before the Court on the unopposed motion to continue the trial and pretrial motions deadline dates, which the Court has considered.

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date to June 3, 2024. The ends of justice outweigh the best interests of the public and Defendant in having the matter brought to trial sooner. Any and all period of delay resulting from this continuance, from the date of this Order to the date of the rescheduled trial, shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

In support of this order, the Court incorporates the facts and circumstances described in the unopposed motion as findings of fact.

The COURT therefore FINDS that the ends of justice will best be served by a continuance and outweigh the best interests of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A);

The COURT further FINDS that a failure to grant a continuance of the trial date would result in a miscarriage of justice because the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(i) and (iv);

The COURT further FINDS that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery provided and to be provided, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii); and

The COURT further FINDS that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Accordingly, IT IS ORDERED that the unopposed motion is GRANTED.  Trial shall be continued to June 3, 2024 and that the period of time from the date of the filing of the motion until the new trial date of June 3, 2024, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161 through 3164.

Additionally, IT IS ORDERED that the pretrial motions deadline is reset to April 25, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE