UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MCKEAN,<br><br>    Defendant. | No.  CR23-154 JHC<br><br>ORDER ON MOTION TO SEAL *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

Having reviewed counsel Barry Flegenheimer's Motion to Seal and the *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel;

THE COURT ORDERS that counsel Barry Flegenheimer's *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel shall be sealed.

DATED this 22nd day of February, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order to Seal - 1
*United States v. McKean* / CR23-154 JHC