UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MCKEAN,<br><br>Defendant. | NO. CR23-154 JHC<br><br><br>ORDER TO SEAL DOCUMENTS |

Having read the Government's unopposed Motion to Seal, Dkt. # 52, and because of the sensitive information contained in the Exhibits A-D to the Government's Response to Motion for Compassionate release;

It is hereby ORDERED that the Exhibits A-D to the Government's Response to Motion for Compassionate release shall remain sealed.

DATED this 8th day of December, 2025.

_____
JOHN H. CHUN
United States District Judge

Order to Seal - 1
*United States v. McKean,* CR23-154 JHC