UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVID MCKEAN<br><br>Defendant. | NO. CR23-154 JHC<br><br>ORDER |

Before the Court is Defendant's "Motion for Compassionate Release Pursuant to 18 U.S.C. 3582(c)(1)(A)." Dkt. 51. Because Defendant does not show that he has exhausted his administrative remedies, *see* 18 U.S.C. § 3582(c)(1)(A), the Court DENIES the motion.

DATED this 16th day of December, 2025.

*[signature]*
JOHN H. CHUN
United States District Judge

Order - 1
*United States v. McKean,* CR23-154 JHC